DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Murphy<br><br>Case Below:<br>173 N.C. App. 642 | No. 634P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-145) | Denied<br>12/01/05 |
| State v. Myers<br><br>Case Below:<br>174 N.C. App. 526 | No. 660P05 | AG's Motion for Temporary Stay<br>(COA04-567) | Allowed<br>11/29/05 |
| State v. Nelson<br><br>Case Below:<br>173 N.C. App. 235 | No. 569P05 | 1. Def's NOA Based Upon a Constitutional Question (COA05-97)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>12/01/05<br><br>3. Denied<br>12/01/05 |
| State v. Page<br><br>Case Below:<br>Forsyth County<br>Superior Court | No. 239A96-5 | Def's PWC to Review Order of Forsyth County Superior Court | Denied<br>12/01/05 |
| State v. Staten<br><br>Case Below:<br>172 N.C. App. 673 | No. 522P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1216)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed<br>12/01/05<br><br>3. Denied<br>12/01/05 |
| Wallen v. Riverside Sports Ctr.<br><br>Case Below:<br>173 N.C. App. 408 | No. 595P05 | 1. Defs' PDR Under N.C.G.S. § 7A-31<br>(COA03-1679)<br><br>2. Defs' Motion to Dismiss PDR | 1. —<br><br>2. Allowed<br>12/01/05 |
| Windman v.<br>Britthaven, Inc.<br><br>Case Below:<br>173 N.C. App. 630 | No. 641P05 | Defs' Motion for Temporary Stay<br>(COA04-1414) | Allowed<br>11/21/05 |
| Yallum v. Hammerle<br><br>Case Below:<br>172 N.C. App. 175 | No. 513P05 | Plt's Motion for Notice of Appeal<br>(COA04-1622) | Denied<br>12/01/05 |
| Zaliagiris v.<br>Zaliagiris<br><br>Case Below:<br>164 N.C. App. 602 | No. 332A04 | Plt's Motion to Withdraw Appeal<br>(COA03-649) | Allowed<br>11/14/05 |